Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−13725−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mable Doris Blackmon
  P.O. Box 83
  Cedar Knolls, NJ 07927

Social Security No.:
  xxx−xx−2570

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/27/18 and a confirmation hearing on such Plan has been scheduled for 4/18/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 6/12/18 and a confirmation hearing on the Modified Plan is scheduled for 7/18/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

     A full copy of the modified Plan will follow this notice.

Dated: June 18, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13725-RG
Mable Doris Blackmon                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Jun 18, 2018
                              Form ID: 186           Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db            +Mable Doris Blackmon,    P.O. Box 83,    Cedar Knolls, NJ 07927-0083
517354437     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
517354438     +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517354439     +Midland Funding, LLC,    c/o Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517354440     +New Century Financial Services, Inc.,    Attn: Pressler and Pressler,    7 Entin Road,
               Parsippany, NJ 07054-5020
517354441     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 22:03:55     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 22:03:55     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517512349      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2018 22:02:12     LVNV Funding,
               c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517483518     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2018 22:03:25     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                       TOTAL: 4


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
          Kevin Gordon McDonald    on behalf of Creditor    PNC Bank. National Association
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Steven R Lehr    on behalf of Debtor Mable Doris Blackmon slehr@lehrlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4