UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN ROBERT LEHR, ESQ./4662
STEVEN ROBERT LEHR, PC.
33 Clinton Road, Suite 100
West Caldwell, NJ 07006
(973) 575-8002
slehr@lehrlaw.com
Attorneys for the debtor

Order Filed on August 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MABLE BLACKMON

Case No.:  13-13725RG

Chapter:  13

Judge:  Rosemary Gambardella

**ORDER REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; the Court having considered any objections filed; and for good cause shown; it is

ORDERED that the case is reinstated effective as of the date of this order. The order dismissing this case dated _____June 27, 2018_____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows.  Creditors and/or parties in interest have:

1.      until the original deadline fixed by the Court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2.      until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3.      until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Meeting of Creditors has not been concluded, the debtor must contact the case trustee to schedule a new date.

IT IS FURTHER ORDERED that if this is a Chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

IT IS FURTHER ORDERED that the debtor must, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file Local Form *Certification of Service*. This Order will be effective as to such parties only upon service in accordance with this Order.

*new.1/15/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Mable Doris Blackmon  
    Debtor

Case No. 18-13725-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 07, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db          +Mable Doris Blackmon,    P.O. Box 83,    Cedar Knolls, NJ 07927-0083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:  
        Kevin Gordon McDonald    on behalf of Creditor    PNC Bank. National Association  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Steven R Lehr    on behalf of Debtor Mable Doris Blackmon slehr@lehrlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                           TOTAL: 4