

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    MABLE DORIS BLACKMON |

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-13725

Hearing Date:  09/19/2018

Judge:  ROSEMARY GAMBARDELLA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 25, 2018

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  MABLE DORIS BLACKMON

Case No.:  18-13725RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/19/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/19/2018 of the plan filed on 09/15/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/03/2018 or the case will be dismissed; and it is further

ORDERED, that Debtor must file amended Schedules I & J by 10/3/18 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.