UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
    MABLE DORIS BLACKMON

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-13725

Hearing Date:  09/19/2018

Judge:  ROSEMARY GAMBARDELLA

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 25, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): MABLE DORIS BLACKMON

Case No.: 18-13725RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/19/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/19/2018 of the plan filed on 09/15/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/03/2018 or the case will be dismissed; and it is further

ORDERED, that Debtor must file amended Schedules I & J by 10/3/18 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Mable Doris Blackmon  
    Debtor

Case No. 18-13725-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Sep 27, 2018  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db        +Mable Doris Blackmon,    P.O. Box 83,    Cedar Knolls, NJ 07927-0083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:  
    Kevin Gordon McDonald    on behalf of Creditor    PNC Bank. National Association  
     kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    Marie-Ann  Greenberg     magecf@magtrustee.com  
    Steven R Lehr    on behalf of Debtor Mable Doris Blackmon slehr@lehrlaw.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                           TOTAL: 4