Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−13725−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mable Doris Blackmon
   P.O. Box 83
   Cedar Knolls, NJ 07927

Social Security No.:
   xxx−xx−2570

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 10:00 AM

to consider and act upon the following:

*38* − Application for Compensation for Steven R Lehr, attorney, period: 2/27/2018 to 8/8/2018, fee: $9270.00, expenses: $312.82. Filed by Steven R Lehr. Hearing scheduled for 10/26/2018 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Exhibit A − retainer agreement # 3 Exhibit B − time and expenses # 4 Exhibit C certification of counsel # 5 Proposed Order Granting Allowances) (Lehr, Steven)

*43* − Objection to Debtor(s) Attorney's Application for Compensation (related document:38 Application for Compensation for Steven R Lehr, attorney, period: 2/27/2018 to 8/8/2018, fee: $9270.00, expenses: $312.82. Filed by Steven R Lehr. Hearing scheduled for 10/26/2018 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Exhibit A − retainer agreement # 3 Exhibit B − time and expenses # 4 Exhibit C certification of counsel # 5 Proposed Order Granting Allowances) filed by Debtor Mable Doris Blackmon) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

*58* − Amended Application for Compensation for Steven R Lehr, Debtor's Attorney, period: 6/13/2018 to 10/2/2018, fee: $9,210.00, expenses: $312.82. Filed by Steven R Lehr. (Attachments: # 1 Certification of Counsel in Support of Application for Compensation # 2 Proposed Order Granting Allowances # 3 Certificate of Service) (Lehr, Steven)

Dated: 10/25/18

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court