Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13725−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mable Doris Blackmon
   P.O. Box 83
   Cedar Knolls, NJ 07927

Social Security No.:
   xxx−xx−2570

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 10:00 AM

to consider and act upon the following:

*38* − Application for Compensation for Steven R Lehr, attorney, period: 2/27/2018 to 8/8/2018, fee: $9270.00, expenses: $312.82. Filed by Steven R Lehr. Hearing scheduled for 10/26/2018 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Exhibit A − retainer agreement # 3 Exhibit B − time and expenses # 4 Exhibit C certification of counsel # 5 Proposed Order Granting Allowances) (Lehr, Steven)

*43* − Objection to Debtor(s) Attorney's Application for Compensation (related document:38 Application for Compensation for Steven R Lehr, attorney, period: 2/27/2018 to 8/8/2018, fee: $9270.00, expenses: $312.82. Filed by Steven R Lehr. Hearing scheduled for 10/26/2018 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Exhibit A − retainer agreement # 3 Exhibit B − time and expenses # 4 Exhibit C certification of counsel # 5 Proposed Order Granting Allowances) filed by Debtor Mable Doris Blackmon) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

*58* − Amended Application for Compensation for Steven R Lehr, Debtor's Attorney, period: 6/13/2018 to 10/2/2018, fee: $9,210.00, expenses: $312.82. Filed by Steven R Lehr. (Attachments: # 1 Certification of Counsel in Support of Application for Compensation # 2 Proposed Order Granting Allowances # 3 Certificate of Service) (Lehr, Steven)

Dated: 10/25/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-13725-RG
Mable Doris Blackmon                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Oct 25, 2018
                            Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Mable Doris Blackmon,    P.O. Box 83,   Cedar Knolls, NJ 07927-0083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
      Kevin Gordon McDonald    on behalf of Creditor    PNC Bank. National Association
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Steven R Lehr    on behalf of Debtor Mable Doris Blackmon slehr@lehrlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 4