Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13725−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mable Doris Blackmon
  P.O. Box 83
  Cedar Knolls, NJ 07927

Social Security No.:
  xxx−xx−2570

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/19/19 at 10:00 AM

to consider and act upon the following:

*78* − Objection to PNC Bank's Amended Proof of Claim. filed by Steven R Lehr on behalf of Mable Doris Blackmon. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (Lehr, Steven)

Dated: 5/14/19

                                                                        Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mable Doris Blackmon  
    Debtor

Case No. 18-13725-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: May 14, 2019  
　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.  
db　　　　+Mable Doris Blackmon,　P.O. Box 83,　Cedar Knolls, NJ 07927-0083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:  
    Kevin Gordon McDonald　on behalf of Creditor　PNC Bank. National Association  kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg　magecf@magtrustee.com  
    Steven R Lehr　on behalf of Debtor Mable Doris Blackmon slehr@lehrlaw.com  
    U.S. Trustee　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4