Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−13725−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mable Doris Blackmon
   P.O. Box 83
   Cedar Knolls, NJ 07927

Social Security No.:
   xxx−xx−2570

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 19, 2020
JAN: slm

                                              Jeanne Naughton
                                              Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                          Case No. 18-13725-RG
Mable Doris Blackmon                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1          Date Rcvd: Feb 19, 2020
                            Form ID: 148          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Mable Doris Blackmon,    P.O. Box 83,    Cedar Knolls, NJ 07927-0083
517354439      +Midland Funding, LLC,    c/o Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517631140      +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany    NJ 07054-5020
517354440      +New Century Financial Services, Inc.,    Attn: Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517354441      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517720233      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
517606146      +PNC Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 94982,    Cleveland, OH 44101-4982
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517354437      +EDI: CHASE.COM Feb 20 2020 04:43:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
517354438      +EDI: CITICORP.COM Feb 20 2020 04:43:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
517757446      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 00:31:58      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
517512349       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 00:32:42      LVNV Funding,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517483518      +EDI: AIS.COM Feb 20 2020 04:43:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Christian  Del Toro    on behalf of Creditor    PNC Bank. National Association
               cdeltoro@martonelaw.com, bky@martonelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank. National Association
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven R Lehr    on behalf of Debtor Mable Doris Blackmon slehr@lehrlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```